Michael G. Chapman
Attorney at Law
Nevada Bar No. 1630
9585 Prototype Court, Ste. C
Reno, NV 89521
(775) 827-1866
(775) 827-1872 (fax)
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PERSHING, LLC, | CASE NO.  3: 05-CV-00-640-LRH-RAM |
| Plaintiff, | |
| vs. | |
| UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT; NEVADA CEMENT COMPANY; and, DOES 1 through 100, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

Defendant Nevada Cement Company, through its undersigned counsel, Michael G. Chapman, P.C., and Plaintiff Nevada Pershing, LLC, through its undersigned counsel, Kurt A. Franke of the Law Offices of Kurt A. Franke stipulate and agree to extend the time from February 27, 2006, to and including March 13, 2006 for Defendant to file and serve its reply to Plaintiff's Opposition to Motion to Dismiss.  Previously, Plaintiff granted Defendant a 15 day extension to respond to Plaintiff's complaint, and Defendant granted a 17 day extension to Plaintiff to respond to the Motion to Dismiss.  The reasons for the extension include additional

///

///

///

1

1 time to allow Defendant to address issues raised in the opposition, as well as due to Defendant's
2 counsel's trial schedule in another matter.  This stipulation also requests the court to approve all
3 extensions granted by and between the parties to date.

4 DATED: February 22, 2006.            LAW OFFICE OF MICHAEL G. CHAPMAN,

5                                      Attorneys for Nevada Cement Company

8                                      By:  _____/S/_____
                                            Kevin Bertonneau
9                                           State Bar No. 6906
                                            9585 Prototype Ct., Ste. C
10                                          Reno, Nevada 89521
                                            (775) 827-1866

13 DATED: February 22, 2006.           LAW OFFICES OF KURT A. FRANKE

14                                     Attorneys for Plaintiff Nevada Pershing LLC

16                                     By:  _____/S/_____
17                                          Kurt A. Franke
                                            State Bar No. 4102
18                                          575 Mill St.
                                            Reno, Nevada 89502
19                                          (775) 827-6100

20 **IT IS SO ORDERED:** [signature]

22                                     _____
                                       U.S. DISTRICT JUDGE

23                                     DATED: March 6, 2006

24 W:\Nevada Cement\stipulation re reply re motion to dismiss.wpd

2