KURT A. FRANKE
State Bar No. 4102
575 Mill Street
Reno, NV 89502
(775) 827-6100 - office
(775) 786-1116 - facsimile
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NEVADA PERSHING, LLC, | ) | |
| | ) | CV-N-05-0640-LRH (RAM) |
| Plaintiff, | ) | |
| | ) | **ORDER FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO FEDERAL DEFENDANT U.S. DEPARTMENT OF THE INTERIOR-BUREAU OF LAND MANAGEMENT'S MOTION TO DISMISS** |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, Bureau of Land Management NEVADA CEMENT COMPANY, and DOES 1-100, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      Plaintiff, Nevada Pershing, LLC, by and through its undersigned counsel, Kurt A. Franke, and Federal Defendant, U.S. Department of the Interior - Bureau of Land Management, through its undersigned counsel, Greg Addington, Assistant United States Attorney, hereby stipulate and agree to extend the time from April 11, 2006, to and including April 25, 2006, for Plaintiff to file and serve its opposition to Federal Defendant's Motion to Dismiss.  The reason for Defendant granting the extension of time is that Plaintiff's counsel is a one-attorney office with three (3) pending oppositions due in concurrent un-related litigation, coupled with depositions scheduled for the due date of the opposition

/ / /

/ / /

/ / /

/ / /

/ / /

1 to the instant motion.  This is the first extension requested or granted between the undersigned and their

2 respective counsel.

3 RESPECTFULLY SUBMITTED.

4 DATED: April 10, 2006.                                    LAW OFFICES OF KURT A. FRANKE

By:_____/s/_____
Kurt A. Franke
State Bar No. 4102
575 Mill Street
Reno, NV 89502
775-827-6100
Attorneys for Nevada Cement Company

10 DATED: April 10, 2006.                                   UNITED STATES ATTORNEY

By:_____/s/_____
Greg Addington
Asst. U.S. Attorney
Nevada Bar No. 6875
100 W. Liberty St., Ste. 600
Reno, NV 89501
775-784-5438
Attorneys for U.S. Dept. of the
Interior-BLM

**IT IS SO ORDERED:**

_____
U.S. DISTRICT JUDGE

DATED:_ April 15, 2006